**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **BE Labs, Inc.,**<br><br>Plaintiff,<br><br>v.<br><br>**Hughes Network Systems, LLC,**<br><br>Defendant. | Case No. 1:21-cv-00535-CFC<br><br>Patent Case<br><br>Jury Trial Demanded |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff BE Labs, Inc. hereby dismisses this action **without prejudice**. Defendant has not yet answered the Complaint or moved for summary judgment.

Dated: July 8, 2021

Respectfully submitted,

/s/ David deBruin (No. 4846)
David deBruin (No. 4846)
GAWTHROP GREENWOOD, PC
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
302-777-5353
ddebruin@gawthrop.com

*Counsel for Plaintiff*
*BE Labs, Inc.*

SO ORDERED this ________ day of _______________, ______.

___________________________________
UNITED STATES DISTRICT JUDGE